**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>Plaintiff,<br><br>vs.<br><br>SABRINA CARPENTER, et al.,<br><br>Defendants. | CV 26-96-M-WWM<br><br>ORDER ADOPING FINDINGS AND RECOMMENDATION AND DISMISSING WITHOUT PREJUDICE |

Plaintiff Emrit lodged a Complaint against the above-named Defendants on June 26, 2026. (Doc. 2). On June 26, 2026, Plaintiff Ronald Satish Emrit, who is proceeding pro se, filed a motion for leave to proceed in forma pauperis (Doc. 1). Judge DeSoto made Findings and a Recommendation in this matter on July 6, 2026. Plaintiff did not object and, therefore, is not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

The Court finds no clear error in Judge DeSoto's Findings and Recommendation (Doc. 4). Accordingly:

**IT IS HEREBY ORDERED** that Judge DeSoto's Findings and Recommendation are **ADOPTED IN FULL.**

Therefore, **IT IS FURTHER ORDERED** that this action be **DISMISSED,** without leave to amend, as frivolous under 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED** that any appeal from this disposition would not be taken in good faith pursuant to Federal Rule of Appellate Procedure 24(a)(4)(B).[1]

The Clerk of Court is directed to notify the parties of the making of this order and to enter, by separate document, a judgment of dismissal pursuant to Federal Rule of Civil Procedure 58.

---

[1] While Mr. Emrit has filed a Notice of Appeal (Doc. 6) and a USCA Case Number has been assigned (Doc. 7), the Notice of Appeal is ineffective, and the Court retains jurisdiction. *See Serine v. Peterson*, 989 F.2d 371, 372–73 (9th Cir. 1993); *Demorest v. Ryan*, 156 F. App'x 931 (9th Cir. 2005) (unpublished) ("That report and recommendation was not a final decision. We therefore lack jurisdiction under 28 U.S.C. § 1291. . . . A notice of appeal filed with respect to a magistrate judge's report and recommendation therefore remains an appeal from a nonfinal order, and does not confer appellate jurisdiction in [the court of appeals]").

DATED this 19th day of August, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE